**Opinion issued August 29, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-01139-CV

———————————

## IN RE FERDINAND TAMAS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Ferdinand Tamas, has filed a petition for writ of mandamus, challenging the trial court's November 30, 2018 ruling in the underlying proceeding.[1]

We deny the petition.

---

[1]     The underlying case is *In re P.T., E.T., and S.T.*, Cause No. 11-DCV-192191, pending in the 434th District Court of Fort Bend County, Texas, the Honorable James H. Shoemake presiding.

## PER CURIAM

Panel consists of Justices Kelly, Hightower, and Countiss.